Robert A. CUFFEE, Plaintiff–
Appellant,

v.

Mrs. D. WEBB, Kitchen Supervisor;
Mrs. Ferguson, Kitchen Supervisor;
Mrs. Jenkins, Kitchen Supervisor;
Mrs. Parks, RN Head Nurse; Mr. Can-
ilo Creque, Food Service Manager;
Mrs. R. Woodson, Grievance Coordi-
nator, Defendants–Appellees.

No. 07–6586.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 19, 2009.

Decided: Dec. 1, 2009.

Robert A. Cuffee, Appellant Pro Se.

Before MOTZ, GREGORY, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Robert A. Cuffee appeals the district
court's order dismissing his 42 U.S.C.
§ 1983 (2006) civil rights action for failure
to pay the partial filing fee. On appeal, we
confine our review to the issues raised in
the Appellant's Brief, see 4th Cir. R. 34(b),
and Cuffee's brief alleges no error commit-
ted by the district court. We therefore
find Cuffee has forfeited appellate review
of that order. Accordingly, we affirm the
district court's order. We dispense with
oral argument because the facts and legal

contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*